UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODRX INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIBRATE HEALTH, INC., <br><br> Defendant. | Case No. 2:23-cv-03644-SB-E <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    On May 26, 2023, Plaintiff filed proof that Defendant Calibrate Health, Inc. was served on May 22, 2023. Dkt. No. 12. Defendant's responsive pleading was due on June 12, 2023. None has been filed, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than June 20, 2023, why its claims against Defendant Calibrate Health, Inc. should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

    IT IS SO ORDERED

Date: June 13, 2023

                                                       Stanley Blumenfeld, Jr.
                                                       United States District Judge