PROSPERA LAW, LLP
Richard J. Decker, Esq. (State Bar No. 119673)
    rdecker@prosperalaw.com
Brandon R. Mead, Esq. (State Bar No. 295756)
    bmead@prosperalaw.com
Gregory K. Koeller, Esq. (State Bar No. 312470)
    gkoeller@prosperalaw.com
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882

Attorneys for Plaintiff
GOODRX INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODRX INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIBRATE HEALTH, INC., AND DOES 1-25, <br><br> Defendants. | Case No. 2:23-cv-03644-SB-E <br><br> **PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** <br><br> Complaint filed: May 12, 2023 <br> Current response date: June 12, 2023 <br> New response date: June 20, 2023 |

TO THE COURT:

Plaintiff GoodRx Inc. hereby submits the following declaration of Richard J. Decker in response to the Court's Order to Show Cause Re: Dismissal For Lack of Prosecution.

## **DECLARATION OF RICHARD J. DECKER**

I, Richard J. Decker, declare as follows:

1. I have personal knowledge of the following facts and if called as a witness in this action, I could and would testify competently thereto.

2. I am an attorney in good standing with the State Bar of California and am a senior partner at Prospera Law, LLP, attorneys of record for Plaintiff GoodRx Inc. in the above referenced action. The following is intended to show good cause as to why Plaintiff's claims against Defendant Calibrate Health, Inc. should not be dismissed for lack for prosecution.

3. On May 12, 2023, Plaintiff GoodRx Inc. filed the subject complaint against Defendant. (Dkt. No. 1).

4. On May 22, 2023, service of the summons and complaint were executed upon Defendant's registered agent in compliance with FRCP by service on a domestic corporation. (Dkt. No. 12). Proof of service was filed with this Court on May 26, 2023.

5. Defendant's responsive pleading was originally due on June 12, 2023.

6. As of June 13, 2023, the Court's docket did not show any responsive pleading filed by Defendant. Accordingly, my associate, Greg Koeller, began drafting a Notice of Default and Application for Entry of Default under FRCP 55(a).

7. Prior to filing the Application for Entry of Default, I received a telephone call from Defendant's attorney, Cary D. Sullivan, informing that his office had just received the case file. Mr. Sullivan requested a seven-day extension for Defendant to respond to Plaintiff's complaint. As a professional courtesy, I agreed to stipulate to the extension.

8. On June 13, 2023, the Parties drafted and Defendant filed the Stipulation to Extend Time for Defendant to Respond to Initial Complaint, in which the Parties stipulated that Defendant shall have until June 20, 2023 to answer, or otherwise respond to Plaintiff's complaint, and that there will be no further extensions of time to respond to the initial complaint. (Dkt. No. 14).

9. Plaintiff has every intention to prosecute its claims against Defendant until judgement has been entered and all appellate procedures have been exhausted. If it wasn't for Defense counsel's telephone call requesting an extension to file its responsive pleading, Plaintiff would have finalized and filed the Application for an Entry of Default on June 13, 2023. Accordingly, good cause has been shown as to why Plaintiff's claims against Defendant Calibrate Health, Inc. should not be dismissed for lack of prosecution.

I declare under penalty and perjury under the laws of the State of California that the forgoing is true and correct.

Dated: June 13, 2023                    /s/ Richard J. Decker_____

                                              Richard J. Decker
                                              Attorney for Plaintiff GoodRx Inc.

**GoodRx Inc. v. Calibrate Health, Inc.**
**United States District Court, Central District of California**
**Case No. 2:23-cv-03644-SB-E**

## PROOF OF SERVICE

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Prospera Law, 1901 Avenue of the Stars, Suite 480, Los Angeles, California 90067.

    On June 13, 2023, I served the document(s) described as **PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** on the interested parties in this action as follows:

Cary Donahue Sullivan: carysullivan@jonesday.com, DocketPacificWest@jonesday.com, acontreras@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Main: (949) 851-3939
Fax: (949) 553-7539
*Attorney for Defendant*
CALIBRATE HEALTH, INC.

☐ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The enveloped was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) I sent such document to the individual(s) identified at the email referenced above. I checked the CM/ECF docket for this Central District of California proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

☐ (BY E-MAIL) I sent such document to the individual(s) identified at the email referenced above.

[PROOF OF SERVICE]

1  ☒  (STATE) I declare under penalty of perjury under the laws of the State of California that the
2      foregoing is true and correct.
3      Executed on June 13, 2023, at Chula Vista, California.

                                            /s/ Kristine Farnal
                                                Kristine Farnal

[PROOF OF SERVICE]