1  Darren K. Cottriel, Bar No. 184731
   dcottriel@jonesday.com
2  Cary D. Sullivan, Bar No. 228527
   carysullivan@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, California  92612.4408
5  Telephone:  +1.949.851.3939
   Facsimile:   +1.949.553.7539
6
7  Attorneys for Defendant
   CALIBRATE HEALTH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODRX INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIBRATE HEALTH, INC., AND DOES 1-25,<br><br>        Defendants. | Case No. 2:23-cv-03644-SB-E<br>Hon. Stanley Blumenfeld, Jr.<br>Mag. Judge Charles F. Eick<br><br>DEFENDANT CALIBRATE HEALTH, INC.'S NOTICE OF LEAD COUNSEL DESIGNATION |

   Defendant Calibrate Health, Inc. hereby designates the following attorney as lead counsel in this action:

Cary D. Sullivan, Bar No. 228527
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

| | | | |
|---|---|---|---|
| 1 | Dated: | July 7, 2023 | JONES DAY |
| 2 | | | |
| 3 | | | By: /s/ *Cary D. Sullivan* |
| 4 | | | Cary D. Sullivan |
| 5 | | | Attorneys for Defendant<br>CALIBRATE HEALTH, INC. |

- 2 -

Case No. 2:23-cv-03644-SB-E
NOTICE OF LEAD COUNSEL
DESIGNATION