PROSPERA LAW, LLP
Gregory K. Koeller, Esq. (State Bar No. 312470)
   gkoeller@prosperalaw.com
Brandon R. Mead, Esq. (State Bar No. 295756)
   bmead@prosperalaw.com
Richard J. Decker, Esq. (State Bar No. 119673)
   rdecker@prosperalaw.com
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882

Attorneys for Plaintiff
GOODRX INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODRX INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIBRATE HEALTH, INC., AND DOES 1-25, <br><br> Defendants. | Case No. 2:23-cv-03644 SB (Ex) <br> Hon. Stanley Blumenfeld, Jr. <br> Mag. Judge Charles F. Eick <br><br> **PLAINTIFF GOODRX INC.'S NOTICE OF LEAD COUNSEL DESIGNATION** <br><br> Complaint filed: May 12, 2023 <br> Answer filed: June 20, 2023 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney will serve as lead counsel and attorney in charge replacing Brandon R. Mead in the above numbered and entitled matter:

>Gregory K. Koeller
>State Bar No. 312470
>Prospera Law, LLP
>1901 Avenue of the Stars, Suite 480, Los Angeles, CA 90067
>Telephone No. (424) 239-1890
>Email: gkoeller@prosperalaw.com

Mr. Koeller is currently admitted to practice in the Central District of California.

DATED: July 7, 2023              PROSPERA LAW, LLP

                                 By: /s/ Gregory K. Koeller
                                     Gregory K. Koeller
                                     Brandon R. Mead
                                     Richard J. Decker
                                     Attorneys for Plaintiff GOODRX INC.

**GoodRx Inc. v. Calibrate Health, Inc.**
**United States District Court, Central District of California**
**Case No. 2:23-cv-03644 SB (Ex)**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Prospera Law, 1901 Avenue of the Stars, Suite 480, Los Angeles, California 90067.

On July 7, 2023, I served the document(s) described as **PLAINTIFF GOODRX INC.'S NOTICE OF LEAD COUNSEL DESIGNATION** on the interested parties in this action as follows:

Cary Donahue Sullivan: carysullivan@jonesday.com, DocketPacificWest@jonesday.com, acontreras@jonesday.com
Darren K Cottriel: dcottriel@jonesday.com, dluchetta@jonesday.com, DocketPacificWest@jonesday.com, jthakur@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Main: (949) 851-3939
Fax: (949) 553-7539
*Attorney for Defendant*
*CALIBRATE HEALTH, INC.*

☐ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The enveloped was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) I sent such document to the individual(s) identified at the email referenced above. I checked the CM/ECF docket for this Central District of California proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

☐ (BY E-MAIL) I sent such document to the individual(s) identified at the email referenced above.

1 [X] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on July 7, 2023, at Chula Vista, California.

                                        /s/ Kristine Farnal  
                                                 Kristine Farnal

[PROOF OF SERVICE]